

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00458-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171326
Honorable Susan Harris, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is due on January 14, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court